**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>FINGERHUT,<br><br>        Defendant. | Case No. 1:13-CV-01461-AWI-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed September 11, 2013, Plaintiff Max Sanchez seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS SO ORDERED.

September 13, 2013                            /s/ Sandra M. Snyder
                                                              Hon. Sandra M. Snyder
                                                              United States Magistrate Judge