**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ,<br><br>              Plaintiff,<br><br>   v.<br><br>FINGERHUT,<br><br>              Defendant. | Case No. 1:13-CV-01461-AWI-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 2) |

By a motion filed September 11, 2013, Plaintiff Max Sanchez seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS SO ORDERED.

September 13, 2013         /s/ Sandra M. Snyder
                           Hon. Sandra M. Snyder
                           United States Magistrate Judge

1