# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>FINGERHUT,<br><br>                    Defendant. | Case No. 1:13-cv-01461-AWI-SMS<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND SETTING FORTH PROCEDURE FOR SERVICE OF DEFENDANT<br><br>(Doc. 1) |

On September 11, 2013, Plaintiff Max Sanchez, proceeding *in forma pauperis* and *pro se*, filed a complaint contending that Defendant Fingerhut violated the Fair Credit Reporting Act (15 U.S.C. § 1681 *et seq.*).  The Court has screened the complaint and concludes that the complaint states a claim pursuant to 15 U.S.C. §§ 1681b and 1681n.  Accordingly, the Court hereby ORDERS that:

1.      The Clerk of Court shall issue to Plaintiff all general new case information and documentation.

2.      Service shall be initiated on Defendant Fingerhut.

3.      The Clerk of Court shall send Plaintiff one (1) USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint as filed by Plaintiff.

1

4.  Within thirty (30) days of the date on which the Clerk of Court mails to Plaintiff the materials listed in paragraphs 1 and 3, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the completed summons, the completed USM-285 form, and two (2) copies of the endorsed complaint.

5.  Plaintiff should not attempt service on Defendant and should not request waiver of service.  Upon receipt of the documents set forth in paragraph 3, the Court will direct the United States Marshal to serve the Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 23, 2013**            **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE

2