UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>DLUESTEM BRANDS INCORPORATED,<br><br>          Defendant. | CASE NO. 1:13-CV-1461<br><br>ORDER DIRECTING THE CLERK OF THE COURR TO CLOSE THIS ACTION IN LIGHT OF PLAINTIFF'S RULE 41 MOTION |

On March 31, 2014, Plaintiff filed a motion for an order to dismiss this case with prejudice. Although not stated in the notice, the Court construes it as one made pursuant to Federal Rule of Civil Procedure 41(a)(1). A plaintiff has a right to voluntarily dismiss his action prior to service of an answer or a motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case. Because Plaintiff has exercised his right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated. Therefore, the Clerk of the Court is DIRECTED to close this case in light of Plaintiff's Rule 41(a)(1) motion for an order of dismissal.

IT IS SO ORDERED.

Dated:   April 4, 2014                            _____
                                                              SENIOR DISTRICT JUDGE